IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY SCHAAF,

        Plaintiff,

v.                                        Case No. 14-cv-205

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

        Defendant.

**ORDER**

Pursuant to sentence four of Section 405(g) of the Social Security Act, and in light of the parties' Joint Motion for Remand, this Court hereby enters a judgment reversing the Commissioner's decision with a remand of the case to the Commissioner in accordance with the terms set forth below. 42 U.S.C. § 405(g).

On remand, the Appeals Council will vacate the November 30, 2012 decision and the claim will be sent to an administrative law judge for a new administrative hearing, where plaintiff will be afforded the opportunity to testify, present arguments, and submit additional evidence. The administrative law judge will update the medical record concerning plaintiff's conditions; consider and weigh all of the medical opinions of record; and reevaluate the nature, severity, and limiting effects of plaintiff's medically determinable impairments and the credibility of plaintiff's allegations. If the case proceeds past step three of the sequential evaluation, the ALJ will assess plaintiff's

residual functional capacity. The ALJ may consult a medical expert and obtain vocational expert testimony. The ALJ shall issue a new decision consistent with all applicable rules and regulations.

Dated: SEPTEMBER 15, 2014

BY THE COURT:

JAMES D. PETERSON
United States District Judge